**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Ronnie Lee Cash, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2009-116366

Appeal From Spartanburg County
James W. Johnson, Jr., Circuit Court Judge
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2012-UP-527
Submitted August 1, 2012 – Filed September 12, 2012

**AFFIRMED**

Appellate Defender Robert M. Pachak, of Columbia, for Petitioner.

Attorney General Alan Wilson, Chief Deputy Assistant Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Suzanne H. White, all of Columbia, for Respondent.

**PER CURIAM:** Petitioner was convicted of murder at trial. After a hearing, the post-conviction relief (PCR) court found Petitioner was not entitled to a belated direct appeal of his conviction. Petitioner filed a petition for a writ of certiorari arguing the PCR court erred. We agreed, granted certiorari, and ordered the parties to brief the direct appeal issue pursuant to *White v. State*, 263 S.C. 110, 208 S.E.2d 35 (1974).

On appeal, Petitioner argues the trial court erred in failing to grant a directed verdict on the charge of murder. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: *Graves v. Horry-Georgetown Technical Coll.*, 391 S.C. 1, 10, 704 S.E.2d 350, 355 (Ct. App. 2010) ("It is axiomatic that an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial [court] to be preserved for appellate review." (citation and internal quotation marks omitted)); *State v. Dunbar*, 356 S.C. 138, 142, 587 S.E.2d 691, 694 (2003) ("A party may not argue one ground at trial and an alternate ground on appeal."); *State v. Tyndall*, 336 S.C. 8, 16, 518 S.E.2d 278, 282 (Ct. App. 1999) ("Conclusory arguments constitute an abandonment of the issue on appeal.").

**AFFIRMED.**

**SHORT, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.